243 So.2d 272

**STATE of Louisiana ex rel.
Milton LAWRENCE**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51155.

Feb. 4, 1971.

243 So.2d 273

**George W. WISE**

v.

**Jake Wise JOHNSON et vir.**

No. 51070.

Feb. 4, 1971.

On considering the petition of relator in the above numbered and entitled cause:

It is ordered that the Criminal District Court for the Parish of Orleans, Section "E" without delay, grant a full evidentiary hearing on relator's petition for a writ of habeas corpus filed in that Court and in this Court, and make a determination of the merits of his application after the hearing.

BARHAM, J., is of the opinion the writ should be granted. Broad statements of law have been incorrectly applied to this case to the grave injustice of relator.